1  RODNEY J. JACOB
   Calvo Jacob & Pangelinan LLP
2  Attorneys at Law
   259 Martyr Street, Suite 100
3  Hagåtña, Guam 96910
   Telephone: (671) 646-9355
4  Facsimile: (671) 646-9403
5

6  JAMES H. PRICE (*pro hac vice*)
   MICHAEL R. FRANZ (*pro hac vice*)
7  Lacy, Price & Wagner, P.C.
   249 N. Peters Road, Suite 101
8  Knoxville, TN 37923
   Telephone: (865) 246-0800
9  Facsimile: (865) 690-8199

10

11 Attorneys for Plaintiff
   *Relyant Global, LLC*

12

13              IN THE DISTRICT COURT OF GUAM
                     TERRITORY OF GUAM
14

15
   UNITED STATES FOR THE USE AND              Civil Action No. 1:22-cv-00017
16 BENEFIT OF RELYANT GLOBAL, LLC,

17                   Plaintiff,

18      v.                                    **STIPULATION OF DISMISSAL**

19
   FIDELITY AND DEPOSIT COMPANY OF
20 MARYLAND, ZURICH AMERICAN
   INSURANCE COMPANY, and TRAVELERS
21 CASUALTY AND SURETY COMPANY OF
   AMERICA,
22

23                   Defendants.

24

25

26

27

28

3021196

COME NOW the parties, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of this civil action in its entirety, with prejudice, each party to bear its own fees and costs. The parties request that the Clerk of Court now close this case.

**CALVO JACOB & PANGELINAN LLP**
Attorneys for Plaintiff
*Relyant Global, LLC*

Dated: January __6__, 2025          By: __*/s/ Rodney J. Jacob*__
                                          **RODNEY J. JACOB**

**BERMAN LAW FIRM**
Attorneys for Defendants
*Fidelity and Deposit Company of Maryland,
Zurich American Insurance Company, and
Travelers Casualty and Surety Company of
America*

Dated: January __6th__, 2025          By: __*Daniel J Berman*__
                                          **DANIEL J. BERMAN**

1